NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-4538 |
| Plaintiff - Appellee, | D.C. No. 1:22-cr-02006-MKD-1 |
| v. | MEMORANDUM* |
| ZEBULION IAN LISTER, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Mary K. Dimke, District Judge, Presiding

Submitted August 19, 2025**

Before: SILVERMAN, HURWITZ, and BADE, Circuit Judges.

Zebulion Ian Lister appeals from the district court's judgment and

challenges his guilty-plea conviction and 30-month sentence for being a felon in

possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Lister's counsel filed a brief under *Anders v. California*, 386 U.S. 738

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

(1967), stating that there are no non-frivolous arguments for appeal. Lister has not filed a pro se supplemental brief.

In the plea agreement, Lister waived his right to appeal the conviction and sentence.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is granted.

**DISMISSED.**